**99–1713.  Thorn v. Schneiderman–Welch.**

Stark App. No. 98CA00261. On motion for stay of court of appeals' judgment and request for

expedited ruling. Motion denied.

LUNDBERG STRATTON, J., dissents.

## DISCRETIONARY APPEALS ALLOWED